AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDDIE LEE WORSLEY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| GOVERNOR BEVERLY PERDUE, ) | **CASE NO. 5:10-CV-257-D** |
| Defendant. ) | |

**Decision by the Court.**

    IT IS ORDERED AND ADJUDGED that the plaintiff's application to proceed in forma pauperis is ALLOWED, and the Clerk of Court is DIRECTED to file the complaint. The court DISMISSES plaintiff's complaint as frivolous.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 13, 2010**, AND A COPY MAILED TO:

Eddie Lee Worsley
2800 Brentwood Road, Apt. 149
Raleigh, NC 27604

| | |
|---|---|
| July 13, 2010 | DENNIS IAVARONE, Clerk |
| Date | *Eastern District of North Carolina* |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |

Page 1 of 1
Case 5:10-cv-00257-D   Document 11   Filed 07/13/10   Page 1 of 1